IA-7
(11/00)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

IN RE:  
JOSEPH WALSH JR

CHAPTER 7  
CASE NO. 97-4906C RH

FINAL ACCOUNT AND  
REQUEST FOR DISCHARGE

Debtor(s)

The undersigned trustee certifies to the Court and the United States Trustee that this estate has been fully administered. A trustee's Final Report and Proposed Distribution has been filed and disbursements have been completed. The final bank statement for the estate and all cancelled checks evidencing the distribution have been submitted to the United States Trustee. No funds or assets of the estate will remain after payment of unclaimed dividends to the Court Registry Fund as follows:

| Creditor (Name and Address) | Claim No. | Amount |
|---|---|---|
| Chase Manhattan Bank<br>100 Duffy Avenue<br>Hicksville, NY 11801 | 1 | $ 193.81 |
| Carter Shields, Inc.<br>3300 S. Parker Road, Suite 320<br>Aurora, CO 80014 | 10 | $1,868.30 |
| | | $2,062.11 |

Therefore, pursuant to FRBP 5009, the trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the trustee of any further duties.

DATED: 5-9-01

THOMAS L. FLYNN  
TRUSTEE  
2000 FINANCIAL CENTER  
DES MOINES, IA 50309-  
(515) 243-7100



IA-7
(11/00)
Page 2

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Account and request for closing and discharge.

DATED: MAY 15 2001

United States Trustee
Region 12

By: [signature]